UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>                          Plaintiff,<br><br>- against -<br><br>JSN GLOBLA MEDIA, INC.<br><br>                          Defendant. | Docket No. 18-cv-1392 (LAP)<br><br>ECF CASE |

## NOTICE OF PLAINTIFF'S MOTION FOR RECONSIDERATION OR REARGUMENT PURSUANT TO LOCAL RULE 6.3 AND RULE 60(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE that upon the accompanying Memorandum and the Declaration of Richard P. Liebowitz and Christopher Sadowski, Plaintiff, Christopher Sadowski, will move this Court before the Honorable Loretta A. Preska, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2220, New York, New York, on such date as the Court may set, for an Order for Reconsideration or Reargument of the District Court's Order, dated July 12, 2018, which imposed upon Christopher Sadowski a requirement to post a $10,000 bond pursuant to S.D.N.Y. Local Rule 54.2.

Dated: July 25, 2018
Valley Stream, New York

                                                                  **/s/Richard P. Liebowitz**
                                                                  Richard P. Liebowitz
                                                                  Liebowitz Law Firm, PLLC
                                                                  11 Sunrise Plaza, Suite 305
                                                                  Valley Stream, NY 11580
                                                                  516-233-1660
                                                                  rl@liebowitzlawfirm.com