**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHRISTOPHER SADOWSKI,

                    Plaintiff,               Docket No. 18-cv-1392 (LAP)

       - against -

                                        ECF CASE

JSN GLOBLA MEDIA, INC.

                    Defendant.

**DECLARATION OF CHRITOPHER SADOWSKI**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OR**
**REARGUMENT PURSUANT TO LOCAL RULE 6.3 AND RULE 60(b)(1) OF THE**
**FEDERAL RULES OF CIVIL PROCEDURE**

I, Christopher Sadowski, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am the Plaintiff in the above captioned action.

2.      I submit this declaration in support of Plaintiff's Motion for Reconsideration or Reargument of the District Court's Order, dated July 12, 2018, which imposed a requirement to post a $10,000 bond pursuant to S.D.N.Y. Local Rule 54.2.

3.      I am a professional working-class photojournalist, and make a living, in part, by collecting licensing fees from media and related companies for the use of my photographs.

4.      Additionally, I am a contracted photographer for The New York Post, where I receive a day-rate for my work, in return for a license to the New York Post. I maintain ownership of all of my New York Post photographs and their copyrights.

5.      I photographed Home Depot, and licensed the Photo, via my contracted day-rate, to the New York Post, which published the photo with clear credit on May 16, 2017.

6.      I caused, through my attorney, the photograph to be promptly and timely registered with the copyright office, and it was given registration no. VA 2-056-827, effective June 30, 2017.

7.      When my photographs are placed online under license, by publications such as the New York Post, other media outlets do not have a license to copy, publish, or otherwise exploit my photographs absent an express license from me.

8.      The exploitation of my photographs without payment of an appropriately negotiated license fee, as was done by Defendant in this case, is detrimental to my ability to make a living.

9.      In addition to my contracted day-rate from The New York Post, I negotiate one-time licenses personally.  In the past, I have also licensed my photographs through the Splash News photography agency.

10.     Privately negotiated one-time licenses typically obtain the highest license rates, and can range up to thousands of dollars for a single image.  See the exemplary invoices attached hereto as Exhibit A for privately negotiated one-time licenses.

11.     Licenses obtained through Splash News typically obtain lower license rates, but can also range up to thousands of dollars for a single image.  See the exemplary invoices attached hereto as Exhibit B for Splash News licenses.

12.     I am a New Jersey resident and I am prepared to travel to New York to fully participate in all aspects of this case, including deposition and trial, and to be subject to the rulings of this Court.

13.     Though of modest means, I am financially solvent and capable of paying costs in this action of $2,000.00, should such an award be deemed appropriate.

Dated: July 26 , 2018                              Respectfully Submitted,
Hawthorne, NJ

_____
                                                   Christopher Sadowski