# EXHIBIT A

# Invoice for the Daily Mail Online:

**Invoice # 160902**

**Christopher Sadowski**
**96 Ninth Avenue**
**Hawthorne, NJ 07506**
**E-mail: cdsadowski@aol.com**


**Photos Licensed by Christopher Sadowski to the Daily Mail Online:**

**1. Constantine Maroulis Court Appearance for Domestic Violence Arrest – Photo Exclusive – Print and Online Unlimited License**
**Wyckoff, NJ**
**9/16/16**
**$15,000.00 USD**


**Total Due: $15,000.00 USD**

**Christopher Sadowski**
96 Ninth Avenue
Hawthorne, NJ 07506
973-650-5382
cdsadowski@aol.com
csnyphoto@gmail.com
www.csnyphoto.com

# INVOICE

INVOICE #17-01
DATE: 3/31/2017

**TO:**
Inside Edition
555 W57th Street
New York, NY 10019

**FOR:**
Photo Licensing

| DESCRIPTION | AMOUNT |
|---|---|
| Dr. Rachel Wellner arrested in NYC (3 photos)  Photo Non-Exclusive  Broadcast Air and Online Unlimited License | $15,500.00 |
| **Total Due:** | $15,500.00 |

- **Total due 30 days from invoice date**
- **Please make checks payable to: Christopher Sadowski**
- **Thank you for your business!**

# Invoice for the UK Mirror Online:

**Invoice # 151201**

**Christopher Sadowski**
**46 Viola Avenue**
**Clifton, NJ 07011-4212**
**E-mail: cdsadowski@aol.com**

**Photo Sold by Christopher Sadowski to the UK Mirror Online:**

**1. Azealia Banks Arrested for Allegedly Biting Female Security Guard – Photo Exclusive – Print and Online Unlimited License**
**New York, NY**
**12/18/15**
**$25,000.00 USD**


**Total Due: $25,000.00 USD**

# Invoice for the New York Post:

**Invoice # 150504**

**Christopher Sadowski**
**46 Viola Avenue**
**Clifton, NJ 07011**
**E-mail: cdsadowski@aol.com**

**Photos Licensed by Christopher Sadowski to the New York Post:**

**1. 'Late Show With David Letterman' Marquee Being Removed From the Ed Sullivan Theater – Photo Non Exclusive – Print and Online Unlimited License**
**New York, NY**
**5/27/15**
**$5,000.00 USD**


**Total Due: $5,000.00 USD**

# Invoice for The National Newspaper UAE:

**Christopher Sadowski**
**46 Viola Ave**
**Clifton, NJ 07011-4212**
**Email: cdsadowski@aol.com**
**Mobile Phone: 973-650-5382**
**Home Phone: 973-779-0599**

**Photo Sold to The National Newspaper UAE by Christopher Sadowski:**

1. **Photo: Bernie Madoff Leaving Federal Courthouse – Photo Exclusive – Print and Online Unlimited License**
   **New York, NY**
   **12/11/08**
   **$12,000 USD**

**Total Due: $12,000 USD**