# EXHIBIT B





AUG 01 2009

## Monthly Collection Report

| Invoice Reference | Date / Picture Description | Class | Country | Sale Price | Royalties |
|---|---|---|---|---|---|
| **CSNY** | **Christopher Sadowski** 46 Viola Avenue | | | | |
| | Clifton    NJ    07011 | | | | |

| Invoice Reference | Date / Picture Description | Class | Country | Sale Price | Royalties |
|---|---|---|---|---|---|
| I0096151 SPL 102338 | 6/17/2009 Exclusive - Nancy Shevell Year Book pictures | Z UK NEWSPAPER | United Kingdom | 1,643.39 | 986.03 |



## Monthly Collection Report

Splash
SEP 01 2010

| Invoice Reference | Date / Picture Description | Class | Country | Sale Price | Royalties |
|---|---|---|---|---|---|
| **CSNY** | **Christopher Sadowski** 46 Viola Avenue | | | | |
| | Clifton       NJ       07011 | | | | |

| Invoice Reference | Date / Picture Description | Class | Country | Sale Price | Royalties |
|---|---|---|---|---|---|
| I0115741 SPL 182854 | 6/14/2010 PIC Cameron Douglas pictured at Federal Prison in Lewisburg, PA, wher | ZZZ EUROMAGS | Germany | 1,583.40 | 950.04 |