UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>                           Plaintiff,<br><br> - against -<br><br>JSN GLOBLA MEDIA, INC.<br><br>                          Defendant. | Docket No. 18-cv-1392 (LAP)<br><br>ECF CASE |

**DECLARATION OF RICHARD P. LIEBOWITZ
IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OR
REARGUMENT PURSUANT TO LOCAL RULE 6.3 AND RULE 60(b)(1) OF THE
FEDERAL RULES OF CIVIL PROCEDURE**

I, Richard P. Liebowitz, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the managing attorney at Liebowitz Law Firm PLLC, and am duly admitted to practice in the State of New York. I represent Plaintiff in the above captioned action.

2. I submit this declaration in support of Plaintiff's Motion for Reconsideration or Reargument of the District Court's Order, dated July 12, 2018, which imposed upon Christopher Sadowski a requirement to post a $10,000.00 bond pursuant to S.D.N.Y. Local Rule 54.2.

3. The above captioned action is a relatively simple dispute, involving a single image and single article.

4. Based on my Firm's experience with numerous comparable suits, the expected recoverable costs in such a litigation, for either party, are well below the $10,000.00 bond amount, and closer to $2,000.00.

1

5. The primary expected costs in this litigation for either party are depositions, and in the current case, there is an expectation of at most two depositions. The two expected depositions would include Plaintiff Christopher Sadowski and the employee of JSN responsible for the Article

6. Both depositions are to be conducted here in New York City (the home and location of Defendant, its counsel and its likely witness). There should be minimal travel costs associated with these depositions.

7. In comparable litigations of this type, similar depositions have cost about $854.00. For example, see the invoice, attached hereto as Exhibit A, from TSG Reporting representing the fees for the Deposition of a Plaintiff photographer in a similar single-image statutory damage cases. The deposition in the attached invoice was conducted by the same firm that is representing the Defendant in the current case, and there is no reason to expect the deposition in the current case to have substantially different costs.

8. The total costs for the Defendant for deposition is this litigation are expected to be around $1700.00, which provides for two depositions.

Dated: July 24, 2018  
Valley Stream, NY

Respectfully Submitted,

**/s/ Richard P. Liebowitz**  
Richard Liebowitz, Esq.