

# INVOICE

**DATE:** 6/18/2018
**INVOICE #** 060618-477305
**JOB #** 143198

**Bill To:**  James Freeman Esq.
Liebowitz Law Firm, PLLC
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580

**CASE:**  Gregory Mango v. Buzzfeed, Inc.
**WITNESS:**  Gregory Mango
**DATE:**  6/6/2018
**LOCATION:**  New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 226 | $3.45 | $779.70 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
|  |  | SUBTOTAL | $824.70 |
|  |  | SHIPPING & HANDLING | $30.00 |
|  |  | **TOTAL** | $854.70 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # REDACTED
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**