

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

July 26, 2018

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007



Re:   *Sadowski v. JSN Global Media, Inc.*  *(1:18-cv-01392 (LAP))*

Dear Judge Preska,

We represent Plaintiff, Christopher Sadowski ("Plaintiff") in the above referenced matter and hereby submit this letter to request a Stay and/or Tolling of Plaintiff's time to Post the $10,000 bond as directed by Your Honor's Order, dated July 12, 2018.

Plaintiff makes this request in light of Plaintiff's Motion for Reconsideration Or Reargument Pursuant To Local Rule 6.3 And Rule 60(B)(1) of The Federal Rules Of Civil Procedure (requesting vacating, or in the alternative, reduction of the bond amount), which was filed earlier today, and requests the stay pending the decision on the motion.

Respectfully Submitted,

/s/ Richard P. Liebowitz
Richard P. Liebowitz
Rl@liebowitzlawfirm.com
*Attorney for Plaintiff*

cc: All counsel of record via ECF

Plaintiff's time to post a bond is extended to ten days after resolution of Plaintiff's Motion to Reconsider. Counsel shall confer and inform the Court by letter when they propose to file opposition and reply, if any, on the motion to reconsider.

7/30/18

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE