

Cowan, DeBaets, Abrahams & Sheppard LLP

41 Madison Avenue
New York, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

Eleanor M. Lackman
212 974 7474 ext 1958
ELackman@cdas.com

Frederick P. Bimbler
Susan H. Bodine
Lindsay W. Bowen*
Andrea F. Cannistraci
Timothy J. DeBaets
Robert J. Epstein
Douglas P. Jacobs*
Eleanor M. Lackman†
Ellis B. Levine
Andy Miller■
Janis C. Nelson■
Simon N. Pulman*○
Joshua B. Sessler
J. Stephen Sheppard♦
Scott J. Sholder*
Kenneth N. Swezey†
Nancy E. Wolff●*†

Adam Beasley
Alison E. Bensimon
Kyle A. Brett
Lindsay R. Edelstein*
Mikaela I. Gross
Daniel J. Haley*
Briana Hill■
Benjamin Jaffe
Brittany L. Kaplan-Peterson
Marissa B. Lewis*
Jonathan H. Peritz*
Andrew C. Tunnard

Of Counsel:
Robert I. Freedman

Special Counsel:
Alex Gigante

Philip M. Cowan
 (1943-2001)
Howard Abrahams
 (1945-1996)

■ Admitted in CA
† Also Admitted in CA
♦ Also Admitted in DC
○ Also Admitted in GA
* Also Admitted in NJ
● Also Admitted in PA
_____

Beverly Hills Office:
9595 Wilshire Blvd, Suite 900
Beverly Hills, CA 90212
T: 310 492 4392 / F: 310 492 4394

August 7, 2018

**VIA CM/ECF**

Hon. Loretta A. Preska, U.S.D.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

**Re:** *Sadowski v. JSN Global Media, Inc.*, Case No. 18 Civ. 01392 (LAP)

Dear Judge Preska:

We represent defendant JSN Global Media, Inc. ("Defendant") in the above-captioned action. In accordance with Your Honor's Order of July 30, 2018 (Dkt. No. 25), we write jointly with counsel for plaintiff Christopher Sadowski ("Plaintiff") to inform the Court that the parties conferred on dates for opposition and reply on Plaintiff's Motion for Reconsideration.

The parties have agreed that Defendant's opposition will be due on August 10, 2018, and Plaintiff's reply will be due on August 17, 2018.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Eleanor M. Lackman

cc:     All Counsel of Record (via CM/ECF)