# Exhibit A



01930-14

# INVOICE

**DATE:** 6/18/2018
**INVOICE #** 060618-477304
**JOB #** 143198
**CLIENT MATTER #** 01930-14

**Bill To:**  Lindsay W. Bowen Jr. Esq.
Cowan DeBaets Abrahams & Sheppard LLP
41 Madison Avenue, 38th Floor
New York, NY 10010

**CASE:** Gregory Mango v. Buzzfeed, Inc.
**WITNESS:** Gregory Mango
**DATE:** 6/6/2018
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Messenger | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 226 | $4.75 | $1,073.50 |
| Original Transcript - 5 Day Delivery | 226 | $2.75 | $621.50 |
| Reporter Waiting Time / Hour | 1 | $150.00 | $150.00 |
| Reporter Appearance Fee / Session | 2 | $45.00 | $90.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,935.00 |
| | | SHIPPING & HANDLING | $17.50 |
| | | **TOTAL** | $1,952.50 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**