Exhibit B






