

COWAN,  
DEBAETS,  
ABRAHAMS &  
SHEPPARD LLP

41 MADISON AVENUE  
NEW YORK, NY 10010  
T: 212 974 7474  
F: 212 974 8474  
www.cdas.com

ELEANOR M. LACKMAN  
212 974 7474 EXT 1958  
ELACKMAN@CDAS.COM

AILEEN ATKINS  
FREDERICK P. BIMBLER  
SUSAN H. BODINE  
LINDSAY W. BOWEN*  
ANDREA F. CANNISTRACI  
XAVIER J. CORREA  
TIMOTHY J. DEBAETS  
ROBERT J. EPSTEIN  
CAROLE E. HANDLER●■  
DOUGLAS P. JACOBS*  
ELEANOR M. LACKMAN†  
ELLIS B. LEVINE  
JANIS C. NELSON ■  
JOSHUA B. SESSLER  
J. STEPHEN SHEPPARD♦  
SCOTT J. SHOLDER*  
KENNETH N. SWEZEY†  
NANCY E. WOLFF●*†

ADAM BEASLEY  
ALISON E. BENSIMON  
BRIANNA DAHLBERG■  
LINDSAY R. EDELSTEIN  
DANIELLE A. EFROS  
MIKAELA I. GROSS  
BENJAMIN JAFFE  
BRITTANY L. KAPLAN  
MICHAEL K. LEVIN  
MARISSA B. LEWIS*  
JONATHAN H. PERITZ*  
SIMON N. PULMAN*○

OF COUNSEL:  
ROBERT I. FREEDMAN  
JERROLD B. GOLD

SPECIAL COUNSEL:  
ALEX GIGANTE

PHILIP M. COWAN  
(1943-2001)  
HOWARD ABRAHAMS  
(1945-1996)

■ ADMITTED IN CA  
† ALSO ADMITTED IN CA  
● ALSO ADMITTED IN DC  
♦ ALSO ADMITTED IN DC  
○ ALSO ADMITTED IN GA  
* ALSO ADMITTED IN NJ  
● ALSO ADMITTED IN PA

BEVERLY HILLS OFFICE:  
9595 WILSHIRE BLVD, SUITE 900  
BEVERLY HILLS, CA 90212

October 8, 2018

<u>Via ECF</u>  
The Honorable Loretta A. Preska  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Room 2220  
New York, NY 10007

**Re:**   *Sadowski v. JSN Global Media, Inc.*, **No. 18-cv-01392 (LAP)**

Dear Judge Preska:

On behalf of defendant JSN Global Media, Inc. ("JSN"), we submit this letter to call the Court's attention to relevant, on-point, and persuasive authority recently issued by Magistrate Judge Pitman in the case captioned *Liebowitz v. Galore Media, Inc.*, 18 Civ. 2626 (RA)(HBP). Although not binding on this Court, JSN raises the ruling as persuasive authority pertaining to plaintiff's motion to reconsider this Court's July 12, 2018 Order (Dkt. No. 17).

In response to arguments by the Liebowitz firm that appear to be carbon copies of those recently made before this Court, on September 20, 2018, Magistrate Judge Pitman denied the plaintiff's motion seeking reconsideration of his July 11, 2018 order requiring posting of a $10,000 bond. *See* 18 Civ. 2626, Dkt. No. 30. Plaintiff even advocated for the same reduction of the bond to $2,000 as he does here (apparently using the same deposition invoice as used here); Magistrate Judge Pitman rejected such bargaining. *Id.* at 11.

Importantly, in discussing the issues, Magistrate Judge Pitman included an extensive discussion of Your Honor's ruling in *Baker v. Urban Outfitters, Inc.*, 431 F. Supp. 2d 351 (S.D.N.Y. 2006), noting its affirmance by the Second Circuit at 249 F. App'x 845 (2d Cir. 2007). *See* 18 Civ. 2626, Dkt. No. 30 at 8-9. Yet despite that Magistrate Judge Pitman decided an identical issue against the same firm the day prior to the issuance of Your Honor's Order, there is no mention of this negative authority. JSN believes that given the striking similarity of the issues in play in both cases, plaintiff's firm was ethically obligated to have disclosed such on-point material to the Court, *see* NY DR 7-106(B)(1). Regardless, such a ruling – along with others that likely exist but may not have been brought to the Court's attention by either party – demonstrates that the Court's original ruling was proper.

Respectfully submitted,

*/s/ Eleanor M. Lackman*

Eleanor M. Lackman

cc:   All counsel of record