UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Christopher Sadowski,

                Plaintiff,

    -against-

JSN Global Media, LLC

                Defendants.

------------------------------------x

18 Civ. 1392 (LAP)

ORDER OF CONFERENCE

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on January 30, 2019 at 10:15 a.m. for an Initial Pretrial conference in the above action.

SO ORDERED

Dated: 1/23/19

                                                  LORETTA A. PRESKA, Senior U.S.D.J.