

February 26, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Rm 12A
New York, NY 10007

Re:     *Sadowski v. JSN Global Media, LLC,* 1:18-cv-1392 (LAP)

Dear Judge Preska:

     We represent Plaintiff Christopher Sadowski in the above-captioned case. After speaking to Your Honor's Clerk of Court, and upon consent of Defendant, we write to respectfully request that the Court adjourn the settlement conference scheduled for February 28, 2019 to **Friday, March 15, 2019 at 1:00 p.m**.

    (1) the original date of the conference is February 28, 2019;

    (2) There have been no previous requests for an adjournment;

    (3) No previous requests were granted or denied; and

    (4) Defendant JSN Global Media, LLC consents to the request.

     We note that this request is made less than 48 hours before the scheduled conference, however it took several days for the parties to agree on alternate dates given everyone's busy schedule.


                                                    Respectfully Submitted,

                                                    **/richardliebowitz/**
                                                    Richard Liebowitz

                                                    *Counsel for Plaintiff*

