UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
CHRISTOPHER SADOWSKI,              :
            Plaintiff,             :   18-cv-1392 (LAP)
                                   :
    -against-                      :
                                   :   ORDER
                                   :
JSN GLOBAL MEDIA, LLC,             :
                                   :
            Defendant.             :
                                   :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    With the consent of the parties, the settlement conference is adjourned to April 18, 2019 at 10:00 A.M.

SO ORDERED.

Dated:   New York, New York
         March 15, 2019

                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge