# Liebowitz Law Firm, PLLC
### ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

April 10, 2019

**VIA ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Sadowski v. JSN Global Media, LLC,* 1:18-cv-01392 (LAP)

Dear Judge Preska:

We write to inform the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs; but with leave to reopen the case in thirty (30) days from the date of the order if the parties have not submitted a Stipulation of Dismissal (with prejudice) by such time.

Plaintiff also requests that the Court adjourn all dates until such time as the final Dismissal is entered or, if not, until Plaintiff notifies the Court that the action should be reopened. Defendant JSN Global Media, LLC consents to the requested relief.

Finally, at the time the Stipulation of Dismisal is filed, Plaintiff will also file a Proposed Order instructing the Clerk of Court to release the security bond to Plaintiff's counsel.

Respectfully Submitted,

**/RichardLiebowitz/**
Richard Liebowitz

*Counsel for Plaintiff*

