


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER SADOWSKI

Plaintiff,

-against-

JSN GLOBAL MEDIA, LLC,

Defendant.

18 Civ. 1392 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Clerk of the Court shall mark this action closed, subject to reopening within 30 days if a settlement is not effected, and all pending motions denied as moot.

SO ORDERED.

Dated: New York, New York
April 11, 2019

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge