UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>                    Plaintiff,<br><br>- against -<br><br>JSN GLOBAL MEDIA, LLC<br><br>                    Defendant. | Docket No. 18-cv-01392 (LAP) |

**[PROPOSED] ORDER**

    WHEREAS, on December 3, 2018, the Court ordered plaintiff Christopher Sadowski ("Plaintiff") to post a bond in the amount of $10,000.00 pursuant to L.R. 54.2. [Dkt. #32]

    WHEREAS, on December 12, 2018, Plaintiff complied with the Court's order and, via counsel, posted $10,000.00 with the Clerk of Court;

    WHEREAS, the parties have reported the action as settled with both parties to bear their own costs and fees.

    **IT IS THEREFORE ORDERED,** upon good cause shown, that the Clerk of Court immediately release the $10,000.00 bond which shall be payable to Richard Liebowitz of Liebowitz Law Firm, PLLC as counsel for Plaintiff.

    New York, NY

    Dated: _____, 2019        **SO ORDERED.**

                                            _____
                                            Hon. Loretta A. Preska (U.S.D.J.)