UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER SADOWSKI,

                Plaintiff,

- against -

JSN GLOBAL MEDIA, LLC

                Defendant.

Docket No. 18-cv-01392 (LAP)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4-29-19

## [PROPOSED] ORDER

WHEREAS, on December 3, 2018, the Court ordered plaintiff Christopher Sadowski ("Plaintiff") to post a bond in the amount of $10,000.00 pursuant to L.R. 54.2. [Dkt. #32]

WHEREAS, on December 12, 2018, Plaintiff complied with the Court's order and, via counsel, posted $10,000.00 with the Clerk of Court;

WHEREAS, the parties have reported the action as settled with both parties to bear their own costs and fees.

**IT IS THEREFORE ORDERED,** upon good cause shown, that the Clerk of Court immediately release the $10,000.00 bond which shall be payable to Richard Liebowitz of Liebowitz Law Firm, PLLC as counsel for Plaintiff.

New York, NY

Dated: _April 25_, 2019

**SO ORDERED.**

_____
Hon. Loretta A. Preska (U.S.D.J.)