UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>                              Plaintiff,<br><br>           - *against* -<br><br>JSN GLOBAL MEDIA, LLC,<br><br>                              Defendant. | Case No. 18-cv-1392 (LAP)<br><br>ECF Case |

**IT IS HEREBY STIPULATED AND AGREED,** by and among plaintiff Christopher Sadowski and defendant JSN Global Media, LLC, by and through their undersigned attorneys, that the above-captioned action has been amicably resolved and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

Dated:  May 7, 2019

/s/richardliebowitz/
Richard P. Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Telephone: (516) 233-1660
Fax: (516) 612-2740
rl@liebowitzlawfirm.com

*Attorneys for Plaintiff*
*Christopher Sadowski*

 /s/ Eleanor M. Lackman
Eleanor M. Lackman
COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP
41 Madison Avenue, 38th Fl.
New York, NY 10010
Telephone: (212) 974-7474
Fax: (212) 974-8474
elackman@cdas.com

*Attorneys for Defendant JSN*
*Global Media, LLC*

**SO ORDERED:**

_____          **Date: _____**
**Hon. Loretta A. Preska, U.S.D.J.**