USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-8-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER SADOWSKI,

                          Plaintiff,

- against -

JSN GLOBAL MEDIA, LLC,

                         Defendant.

Case No. 18-cv-1392 (LAP)

ECF Case

---

**IT IS HEREBY STIPULATED AND AGREED,** by and among plaintiff Christopher Sadowski and defendant JSN Global Media, LLC, by and through their undersigned attorneys, that the above-captioned action has been amicably resolved and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

Dated: May 7, 2019

| | |
|---|---|
| /s/richardliebowitz/ | /s/ Eleanor M. Lackman |
| Richard P. Liebowitz | Eleanor M. Lackman |
| LIEBOWITZ LAW FIRM, PLLC | COWAN, DEBAETS, ABRAHAMS |
| 11 Sunrise Plaza, Suite 305 | & SHEPPARD LLP |
| Valley Stream, NY 11580 | 41 Madison Avenue, 38th Fl. |
| Telephone: (516) 233-1660 | New York, NY 10010 |
| Fax: (516) 612-2740 | Telephone: (212) 974-7474 |
| rl@liebowitzlawfirm.com | Fax: (212) 974-8474 |
| | elackman@cdas.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant JSN* |
| *Christopher Sadowski* | *Global Media, LLC* |

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

SO ORDERED:
*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.
Date: 5/8/19

Hon. Loretta A. Preska, U.S.D.J.